**Order entered July 5, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01274-CR

**RANDALL CHARLES PLOWMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81701-2014**

## ORDER

Appellant's June 30, 2016 motion for an extension of time to file his pro se response to counsel's *Anders* brief is **GRANTED IN PART**. The Court grants relief to the extent we **EXTEND** the time to file appellant's pro se response until **August 12, 2016**.

The Clerk is **DIRECTED** to transmit a copy of this order to Randall Charles Plowman and to counsel for appellant and the State.

/s/      LANA MYERS
         JUSTICE